# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barron, David J. | United States Court of Appeals for the First Circuit | 09/24/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, Active | ✓ Nomination   Date 9/24/2013<br>☐ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>08/31/2013 |

**7. Chambers or Office Address**

Griswold 307
Harvard Law School
1533 Massachusetts Avenue
Cambridge, MA 02139

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board member | Massachusetts State College Building Authority |
| 2. | Board member | Massachusetts Board of Higher Education |
| 3. | Professor | Harvard Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron, David J. | 09/24/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Harvard University -- faculty member, salary | $206,233.34 |
| 2. 2012 | Harvard Univeristy -- faculty member, salary | $279,800.00 |
| 3. 2011 | Harvard University -- faculty member, salary | $252,628.00 |
| 4. 2013 | International Center for Sport Security, consulting fee | $9,846.00 |
| 5. 2012 | The Wylie Agency, book advance | $21,000.00 |
| 6. 2012 | West Services, book royalties | $2,458.29 |
| 7. 2012 | National Center for State Courts, honorarium | $5,000.00 |
| 8. 2012 | University of Kentucky, Kentucky Law Journal, honorarium | $500.00 |
| 9. 2011 | West Services, book royalties | $1,599.95 |
| 10. 2011 | CBMO-Tias-Nimbas Business School, consulting fee | $20,495.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | The Boston Globe, salary |
| 2. 2012 | The Boston Globe, salary |
| 3. 2012 | Harvard University, salary |
| 4. 2012 | Harvard University, salary |
| 5. 2013 | Simon & Schuster, book advance |
| 6. 2013 | CNN, analyst, wages |
| 7. 2013 | International Center for Sport Security, Board member, wages |
| 8. 2012 | International Center for Sport Security, Board member, wages |
| 9. 2012 | MAC Consulting Services, consulting fee |

| 10, 2012 | Northeastern University, Honrarium, $1000 |
|---|---|
| 11, 2012 | xfact, inc., consulting fee |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing Instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 7

Name of Person Reporting

Barron, David J.

Date of Report

09/24/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CREF Inflation-Linked Bond Fund | A | Dividend | K | T | Exempt | | | | |
| 2. CREF Stock Fund | A | Dividend | M | T | | | | | |
| 3. Fidelity Massachusetts Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 4. Fidelity Select Biotechnology Portfolio | A | Dividend | M | T | | | | | |
| 5. Fidelity OTC Portfolio | A | Dividend | K | T | | | | | |
| 6. TIAA Traditional Annuity | A | Dividend | K | T | | | | | |
| 7. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 8. Vaguard Target Retirement 2035 Fund | A | Dividend | N | T | | | | | |
| 9. Vaguard Total Bond Market Index Fund | A | Dividend | K | T | | | | | |
| 10. The Girls, LLC | F | Dividend | P1 | T | | | | | |
| 11. Mars-B, Inc. | A | Dividend | M | T | | | | | |
| 12. Bank of America, cash accounts | A | Interest | L | T | | | | | |
| 13. U.S. Government Securities -- Series EE Bonds | A | Interest | J | T | | | | | |
| 14. New York Times Company Stock | A | Interest | K | T | | | | | |
| 15. Vanguard Target Retirement 2035 Trust II | A | Interest | K | T | | | | | |
| 16. Note -- Juliette Kayyem for MA | | None | K | T | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $5,900
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barron, David J. | 09/24/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ David J. Barron

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 74 | 188 | Notes payable to banks-secured | | | |
| U.S. Government securities–Series EE bonds | | 2 | 800 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 810 | 396 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | 1 | 520 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 30 | 000 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | 1 | 101 | 953 |
| Real estate owned – personal residence | 1 | 730 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 50 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 1 | 101 | 953 |
| | | | | Net Worth | 3 | 115 | 431 |
| Total Assets | 4 | 217 | 384 | Total liabilities and net worth | 4 | 217 | 384 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | 30 | 000 | | | | |
| Other special debt | | | | | | | |